**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02429-ZLW

CLIFFORD N. WOODS,

      Plaintiff,

v.

EL PASO COUNTY DISTRICT COURT,
JUDGE DAVID S. PRINCE,
HEIDI BAUER, District Attorney,
VELLAR, District Attorney,
LLOYD AARON, Police Officer,
RONNIE CARTER, Police Officer,
MILLER ERIC, Police Officer, and
CYNTHIA McKEDY, Attorney,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      This matter is before the Court on the Motion for Prospective Relief (Doc. No. 15) filed by Plaintiff on September 14, 2011. This case was dismissed by an order and judgment filed on December 18, 2008. Therefore, the Plaintiff's motion is DENIED as inappropriate.

Dated: September 16, 2011

---